IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LAMONTE ALTON EALY,

    Plaintiff,

  v.

Case No. 17-cv-717-wmc

DONALD STRAHOTA, KRISTINE STAUFFACHER, SALLY WESS, TERRA FREDLUND, E. DAVIDSON, CASHIER DEPARTMENT, DEPARTMENT OF CORRECTIONS, T. SCHWOCHERT, STATE OF WISCONSIN, DEPARTMENT OF ADULT INSTITUTION, and DEPARTMENT OF CORRECTIONS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/                                                    3/22/2019

Peter Oppeneer, Clerk of Court                  Date